# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARIANNE F. GASIOR, AN INDIVIDUAL, | : | No. 248 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KENNAMETAL, INC., A PENNSYLVANIA | : | |
| CORPORATION, QUENTIN C. | : | |
| MCKENNA, ROBERT L. MCGEEHAN, | : | |
| RICHARD J. ORWIG, DAVID T. COFER, | : | |
| THE LATROBE BULLETIN, THE | : | |
| GREENSBURG TRIBUNE REVIEW AND | : | |
| MICHAEL MAHADY, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.